**F. M. GRELL et al., Appellants, v. UNITED STATES of America.**

**No. 11400.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 11, 1939.

George C. Dyer, of St. Louis, Mo., C. C. Ellison, of Alton, Ill., and S. D. Flanagan and Claudio Delitala, both of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David M. Robinson, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal of appellants, David H. Tilley and O. G. Griffin, dismissed and said appellants ordered to surrender to custody, etc.

**GUARANTEE MUTUAL LIFE COMPANY, a Corporation, v. Florence L. STRYKER.**

**No. 9138.**

Circuit Court of Appeals, Ninth Circuit.

April 12, 1939.

Maurice W. Seitz, of Portland, Or. (J. D. Cranny and J. P. Moore, Jr., both of Omaha, Neb., of counsel), for appellant.

George L. Rauch, of Portland, Or., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Edmund E. GUNTHER and Elsie O. Gunther, Appellants, v. A. Sager HALL, Appellee.**

**No. 7733.**

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1939.

Frazer & Popkin, of Detroit, Mich., for appellants.

Roscoe Bonisteel and Charles Spaulding, both of Ann Arbor, Mich., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In a farmer-debtor proceeding under section 75 of the Bankruptcy Act, 11 U.S. C.A. § 203, it appearing that the petitioners were not personally bona fide engaged primarily in farming operations, or that the principal part of their income was derived from farming operations, it is hereby ordered that the decree below dismissing their petition be and it is hereby affirmed.